No. 12–631. ISLAMIC REPUBLIC OF IRAN *v.* MCKESSON CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–663. EBONIE S., BY HER MOTHER AND NEXT FRIEND, MARY S. *v.* PUEBLO SCHOOL DISTRICT 60 ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–685. DOWNING *v.* LIFE TIME FITNESS, INC. C. A. 6th Cir. Certiorari denied.

No. 12–697. EGILMAN *v.* CONAGRA FOODS INC. ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–705. DOE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–710. SEMPER *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 12–715. THOMAS-RASSET *v.* CAPITOL RECORDS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–746. D. R. HORTON, INC., ET AL. *v.* LYNDOE ET AL. Ct. App. N. M. Certiorari denied.

No. 12–784. JAIMES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–799. WISEMAN *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 12–803. BAISDEN *v.* I'M READY PRODUCTIONS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–808. BOUCHARD TRANSPORTATION *v.* MESSIER. C. A. 2d Cir. Certiorari denied.

No. 12–809. AMIDAX TRADING GROUP *v.* S. W. I. F. T. SCRL ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–811. AIRSERVICES AUSTRALIA *v.* CONKLIN, JUDGE, CIRCUIT COURT OF MISSOURI, GREENE COUNTY, ET AL. Sup. Ct. Mo. Certiorari denied.